**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

Nicholas Kyle Martino,
   Petitioner, *in pro per*

v.

United States of America,
   Respondent

Case. No.  1:23-mc-011-ESK-SAK

## NOTICE OF APPEAL TO THE THIRD CIRCUIT COURT OF APPEALS

**WHEREFORE**, on this 11th day of April, 2024, Petitioner, Nicholas Kyle Martino, *in pro per*, hereby **SUBMITS** to this Honorable Court this Notice of Appeal to the Third Circuit for the denial of the relief requested in the above-entitled action. Plaintiff specifically appeals the Judgment entered at ECF No. 18.

This Notice of Appeal is timely pursuant to F.R.A.P. 4(a)(4)(A)(vi) because Plaintiff's Rule 60(b) Motion, ECF 19, was filed within 28 days from the entry of the Judgment being challenged.

Respectfully submitted,

   /s/ Nicholas Martino
Nicholas Martino,
*in pro per*

1

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

Nicholas Kyle Martino,
   Petitioner, *in pro per*

          v.

United States of America,
   Respondent

Case. No. _1:23-mc-011-ESK-SAK_

## <u>CERTIFICATE OF SERVICE</u>

**WHEREFORE**, on this 11th day of April 2024, I, Petitioner, Nicholas Kyle Martino, *in propria persona*, do hereby certify that I e-mailed a true and correct copy of Petitioner's *Notice of Appeal* to the Clerk's Office via the ECF Helpdesk and caused a copy to be served upon the Court. The Government is served via the subsequent CM/ECF notification.

    Signed and executed pursuant to 28 U.S.C. § 1746.

                               Respectfully submitted,

                               __/s/ Nicholas Martino
                               Nicholas Martino,
                               *in pro per*