UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-1694**

Martino v. United States
(D.N.J. No. 1-23-mc-00011)

To:   Clerk

1)   Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel of this court for determination under 28 U.S.C. Section 1915(e)(2) as to whether the appeal will be dismissed as legally frivolous or whether summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6 is appropriate. In making this determination, the district court opinion and record will be examined. Appellant may submit argument, which should not exceed 5 pages, in support of the appeal. The document, with certificate of service, must be filed with the clerk within 21 days of the date of this order. Appellee need not file a response unless directed to do so. The Court may reconsider in forma pauperis status or request additional information at any time during the course of this appeal.

Appellant has submitted a pro se merits brief. As this case will be submitted to a panel of the Court for consideration of possible dismissal and/or for summary action, a briefing schedule has not been issued. The brief will be received pending the Court's determination and filed only if the Court so directs. The brief will be forwarded to the panel of the Court considering possible dismissal and/or summary action for the Court's information. If the appeal is not dismissed and proceeds to briefing, Appellee's brief must be filed and served within 30 days of the date of the Court's order directing that Appellant's brief be filed.


For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: June 10, 2024
Tmm/cc: Nicholas K. Martino
        Mark E. Coyne, Esq.