# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

24-1694

Nicholas Martino v. USA

1-23-mc-00011

# **O R D E R**

      Upon further review, it appears that it would not be appropriate to submit this case to a panel for possible dismissal under 28 U.S.C. § 1915(e)(2) or for possible summary action pursuant to 3rd Circuit Local Appellate Rule 27.4 and Chapter 10.6 of the Court's Internal Operating Procedures at this time. A briefing schedule shall issue.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:     December 4, 2024
ZM/cc:     Nicholas K. Martino
           Mark E. Coyne, Esq.