DLD-110

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **24-1694**

NICHOLAS K. MARTINO, Appellant

    VS.

UNITED STATES OF AMERICA

    (D.N.J. Civ. No. 1:23-mc-00011)

Present:    RESTREPO, FREEMAN, and NYGAARD, Circuit Judges

    Submitted is Appellee's motion to dismiss the appeal for lack of appellate jurisdiction

    in the above-captioned case.

    Respectfully,

    Clerk

_____ORDER_____

The foregoing motion to dismiss the appeal for lack of appellate jurisdiction is granted. Generally, we may hear appeals only from "final decisions of the district courts of the United States." 28 U.S.C. § 1291. The Magistrate Judge's February 9, 2024 order is not a final or immediately appealable order. Where, as here, the parties have not consented to proceed before a Magistrate Judge under information 28 U.S.C. § 636(c), an appeal from a Magistrate Judge's order must be made to the District Court in the first instance. See 28 U.S.C. § 636(b)(1)(A); Siers v. Morrash, 700 F.2d 113, 116 (3d Cir. 1983). Because Appellant did not appeal the Magistrate Judge's order to the District Court, this Court lacks jurisdiction to review it. See id. at 116. Appellant may file a new notice of appeal once the District Court enters a final or otherwise appealable decision.

By the Court,

s/Arianna J. Freeman
Circuit Judge

Dated: April 1, 2025
Tmm/cc: Nicholas K. Marino
　　　　Mark E. Coyne, Esq.
　　　　Steven G. Sanders, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate